## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>Christian Allan Garcia<br>YOB: 1990<br>Citizen of United States<br><br>Defendant. | Date of Arrest: September 15, 2017<br>Magistrate's Case No. 17-1718MJ<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8, United States Code,<br>Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br>Count One (Felony) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about September 15, 2017, within the District of Arizona, Defendant Christian Allan Garcia, knowing or in reckless disregard of the fact that certain alien(s), namely, Ernestina Monje-Torres, Antonio Beltran-Chaidez, Gerado Hernandez-Placencia, and Benito Monje-Bravo had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

Brian Ramos
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed in my presence, September 18, 2017, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.

Christian Allan Garcia

**STATEMENT OF FACTS**

I, Brian Ramos, being duly sworn, do state the following:
On September 15, 2017, at approximately 1028 hours, California Highway Patrol (CHP) notified Yuma Sector Communications Center (KAK 850) that they received a citizen's report that four possible illegal aliens were getting into a white Chevrolet Tahoe on the eastbound lanes of Interstate 8 near Gordon's Well Road.

At approximately 1035 hours Border Patrol Agents located the Chevrolet Tahoe near Andrade Road exit and turned on their emergency lights and sirens in attempt to perform a vehicle stop. The car failed to yield and continued driving until exiting Interstate 8 in Yuma, Arizona. The Tahoe pulled into the parking lot near the Furniture Row store and five individuals got out of the car and started to run to avoid apprehension.

At approximately 1045 hours Border Patrol Agents apprehended all the subjects who ran from the area. The driver of the white Tahoe was identified as Christian Allan Garcia. He was questioned as to his citizenship, and stated he was a United States citizen. He was subsequently placed under arrest for alien smuggling. The other four subjects later identified as (BELTRAN-Chaidez, Antonio, HERNANDEZ-Placenzca, Gerardo, MONJE-Bravo, Benito, and MONJE-Torres, Ernestina) admitted to being Mexican citizens without the proper documents to remain in the United States legally and were transported to the Yuma Border Patrol Station.

At the Yuma Border Patrol Station, Christian Allan Garcia was read his Miranda rights and signed the form stating that he understood his rights and invoked his right to remain silent.

At approximately 2:18 PM a recorded sworn statement was conducted on MONJE-Torres, Ernestina. MONJE stated that once she crossed into the United States from Mexico illegally she ran to the interstate and got into a white Tahoe. MONJE stated that within 20 minutes of driving she

heard sirens and the driver started to go faster. MONJE stated that when the car stopped the driver told her to run to avoid apprehension. MONJE was shown a six pack photo lineup and was able to identify Christian Allan Garcia as the driver.

At approximately 1:33 PM a recorded sworn statement was conducted on Antonio Beltran Chaidez. BELTRAN stated that once he crossed into the United States from Mexico illegally he was told to get into a white car. BELTRAN stated that shortly after getting into the car the driver told him to get out of the car and run from the Border Patrol because they were trying to pull him over. BELTRAN stated the once the car pulled over the driver told him to run but decided not to. BELTRAN was shown a six pack photo lineup but was unable to identify the driver.

Based on the foregoing, there is probable cause to believe that Christian Allan Garcia violated the statutes as alleged in the attached complaint.

Brian Ramos
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed in my presence, September 18, 2017, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

**Weekend Probable Cause Statement**

I, Brian Ramos, being duly sworn, do state the following:
On September 15, 2017, at approximately 1028 hours, California Highway Patrol (CHP) notified Yuma Sector Communications Center (KAK 850) that they received a citizen's report that four possible illegal aliens getting into a white Chevrolet Tahoe on the eastbound lanes of Interstate 8 near Gordon's Well Road.

At approximately 1035 hours Border Patrol Agents located the Chevrolet Tahoe near Andrade Road exit and turned on their emergency lights and sirens in attempt to perform a vehicle stop. The car failed to yield and continued driving until exiting Interstate 8 in Yuma, Arizona. The Tahoe pulled into the parking lot near the Furniture Row store and five individuals got out of the car and started to run to avoid apprehension.

At approximately 1045 hours Border Patrol Agents apprehended all the subjects who ran from the area. The driver of the white Tahoe was identified as Christian Allan Garcia and was questioned as to his citizenship, and stated he was a United States citizen and placed under arrest for alien smuggling. The other four subjects later identified as (BELTRAN-Chaidez, Antonio, HERNANDEZ-Placenzca, Gerardo, MONJE-Bravo,Benito, and MONJE-Torres, Ernestina) admitted to being Mexican citizens without the proper documents to remain in the United States legally and were transported to the Yuma Border Patrol Station.

At the Yuma Border Patrol Station, Christian Allan Garcia was read his Miranda rights and singed the form stated that he understood his rights and invoked his right to remain silent.

At approximately 2: 18 PM a recorded sworn statement was conducted on MONJE-Torres, Ernestina. MONJE stated that once she crossed

into the United States from Mexico illegally she ran to the interstate and got into a white Tahoe. MONJE stated that within 20 minutes of driving she heard sirens and the driver started to go faster. MONJE stated that when the car stopped the driver told her to run to avoid apprehension. MONJE was shown a six pack photo lineup and was able to identify Christian Allan Garcia as the driver in a six pack photo lineup.

At approximately 1:33 PM a recorded sworn statement was conducted on Antonio Beltran Chaidez. BELTRAN stated that once he crossed into the United States from Mexico illegally he was told to get into a white car. BELTRAN stated that shortly after getting into the car the driver told him to get out of the car and run from the Border Patrol because they were trying to pull him over. BELTRAN stated the once the car pulled over the driver told him to run but decided not to. BELTRAN was shown a six pack photo lineup but was unable to identify the driver.

Based on the foregoing, there is probable cause to believe that Christian Allan Garcia violated the statutes as alleged in the attached complaint.

Executed on: 09/16/2017    Time: 0920

Signed:

Brian Ramos
Border Patrol Agent


Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of four pages, I find probable cause to believe that the defendant named therein committed the

offense on the date 09/15/2017, in violation of Title 8 USC 1324.

Finding Made on: Date 9/16/2017

Time 1030 hrs

Signed: _____

James F. Metcalf
United States Magistrate Judge